IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed*

| | |
|---|---|
| TIM BOYLE, individually, and as a representative of a class of similarly situated persons comprising the unincorporated labor organization, The International Brotherhood of Teamsters, Local 2727,<br><br>       Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE CO. (AIR),<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 3:21-cv-135 CRS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

**MOTION HAVING BEEN MADE**, and the Court having reviewed the record and being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Strike and substitute Exhibit H [ECF No. 20-6] from the Notice of Filing [ECF No. 20] is **GRANTED**.

**IT IS HEREBY FURTHER ORDERED** that the Clerk shall replace Exhibit H [ECF No. 20-6] with the properly redacted version filed by Plaintiff in conjunction with the instant motion.

**IT IS SO ORDERED**.

June 3, 2021



Charles R. Simpson III, Senior Judge
United States District Court